

# IN THE
## TENTH COURT OF APPEALS

_____

### No. 10-11-00388-CR
### No. 10-11-00425-CR

**DAVID DWAYNE ANDERSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

_____

### From the 54th District Court
### McLennan County, Texas
### Trial Court Nos. 2010-625-C2 and 2010-1056-C2

_____

## MEMORANDUM  OPINION
_____

Appellant appeals from two plea-bargained judgments of conviction.  The Clerk of this Court notified Appellant that, because the trial court noted on the certifications of defendant's right of appeal that these are plea-bargain cases and that he had no right of appeal and that because Appellant had signed waivers of his right to appeal, the Court must dismiss these appeals unless, within 21 days, we received certifications stating that Appellant has a right to appeal or a response was filed showing grounds for

continuing the appeals. *See* TEX. R. APP. P. 25.2(a)(2), (d); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

We have not received certifications stating that Appellant has a right to appeal these cases. In his notices of appeal and his motion for "right to appeal," Appellant asserts that he received ineffective assistance of counsel in the plea-bargaining process, but that is not a sufficient ground for continuing these direct appeals. *See* TEX. R. APP. P. 25.2(a)(2); *Pena v. State*, 323 S.W.3d 522, 525-26 (Tex. App.—Corpus Christi 2010, no pet.); *Webb v. State*, 244 S.W.3d 543, 547 (Tex. App.—Houston [1st Dist.] 2007, no pet.).

Appellant's motion for "right to appeal" these two cases is denied, and these appeals are dismissed. *See Chavez*, 183 S.W.3d at 680; *Davis v. State*, 205 S.W.3d 606, 607 (Tex. App.—Waco 2006, no pet.).


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeals dismissed; motions denied
Opinion delivered and filed April 18, 2012
Do not publish
[CR25]